IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) JULIO L. DE JESUS-GOMEZ, a/k/a "Julio Torta," "Julito," "July"<br><br>2) TANIA DE JESUS-GOMEZ<br><br>3) JULIA GOMEZ-CALCAÑO<br><br>4) JOSE SANTIAGO-GOMEZ, a/k/a "Joseito," "Joselito," "El Don"<br><br>5) EDWIN MONGE-PEÑA, a/k/a "Viejo"<br><br>6) EMMANUEL MOYANO-RODRIGUEZ, a/k/a "Memo"<br><br>7) ALEX GOMEZ-RAMOS, a/k/a "Alex Changuia"<br><br>8) LUIS A. SUAREZ-RIVERA, a/k/a "Luis El Gordo," "Gordo Chiquita"<br><br>9) RUBEN MENDOZA-BONANO, a/k/a "Gugu," "Blanco," "El Bori"<br><br>10) TAHIRI MONTALVO<br><br>11) ALBERTO MARTINEZ-RODRIGUEZ, a/k/a "Cano"<br><br>12) CARLOS MARTINEZ-RODRIGUEZ, a/k/a "Carly," "Carlito El Buey/Matador"<br><br>13) JAVIER MORALES-ANDREU, a/k/a "Gadget," "Galle," "Pedro del Valle-Andino," "El Bori"<br><br>14) ROBERTO MORALES-RIVERA, a/k/a "Robert Abuela"<br><br>15) LUIS DANIEL RIVERA-PEREZ, a/k/a "Danny"<br><br>16) FERNANDO FUERTES-ROBINSON, a/k/a "Broco"<br><br>17) LUIS ROSS-DE LA CRUZ, a/k/a "Manco"<br><br>18) JOSE AVILA-JIMENEZ, a/k/a "Cheni"<br><br>19) JOSE M. PEREZ-LOPEZ, a/k/a "Cleto"<br><br>20) HECTOR DIAZ-MADERA, a/k/a "Flaquin" | CRIMINAL 12-0192CCC |

CRIMINAL 12-0192CCC                           2

21) PABLO ORTIZ-CALZADA, a/k/a "Pablito," "Changuito," "Pablo El Prieto"

22) LUIS GOMEZ-RAMOS, a/k/a "Luis Moco," "Ely"

23) OMAR CAMACHO-ALMESTICA

24) GILBERTO TRINIDAD-ORTIZ, a/k/a "Gilbert"

25) LUIS RODRIGUEZ-GUZMAN, a/k/a "Chino"

26) CARLOS A. MATTA-PEÑA

27) WALESKA MATTA-CUEVAS, a/k/a "Wally," "Jenifer's Mom"

**28) JENIFER LUGO-MATTA**

29) MIGUEL VELAZQUEZ-RODRIGUEZ, a/k/a "Migue"

30) BENITO SANTIAGO-DE JESUS

31) ARMANDO GOMEZ-ORTIZ, a/k/a "Armandito"

32) ELIZABETH MEJILL-NEGRON, a/k/a "Liza"

33) ELIZABETH SANTIAGO-DE JESUS

34) SUBRIEL MATHEW-MATIAS

35) ALEX HENRY MATHEW, a/k/a "Memo"

36) ROBERTO C. VEGA-RIVERA, a/k/a "Bobby"

37) ANGEL MARTINEZ-RODRIGUEZ

38) ANDY GARCIA-MATHEW

39) OMAR QUIÑONEZ-GONZALEZ, a/k/a "Castor," "Velador," "Juan Omar"

40) STEVEN BURGOS-CASTRO

41) DOMINGO PEÑA-RIVERA, a/k/a "Bebe"

42) ABNER BELARDO-COLON

43) WALTER COGHEN-TORRES, a/k/a "Wacuco"

44) XAVIER FIGUEROA-ALVIRA, a/k/a "Chavo"

CRIMINAL 12-0192CCC                        3

45) RUBENCIO JAIME-COX
46) JUAN L. FUENTES-RIVERA,
a/k/a "Juaco," "Hermano"
47) ROSELYN SANTIAGO-DE JESUS
48) ANA C. CARRION-CRUZ, a/k/a "India"
49) YAMIL RIOS-CARRILLO
50) JORGE RIVERA
51) EMILIO MONGE-TORRES, a/k/a "Millo"
52) JOHN L. RIVERA-CRUZ
53) JOSE PORFIL, a/k/a "Cheito/Porfil"
Defendants

**ORDER**

Having considered the Report and Recommendation filed on February 19, 2014 (**docket entry 1092**) on a Rule 11 proceeding of defendant [28] Jenifer Lugo-Matta before U.S. Magistrate Judge Bruce J. McGiverin on February 19, 2014, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 19, 2014. The **sentencing hearing is set for May 21, 2014 at 4:30 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g). The

CRIMINAL 12-0192CCC                        4

party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

    SO ORDERED.

    At San Juan, Puerto Rico, on March 31, 2014.


                                          S/CARMEN CONSUELO CEREZO
                                          United States District Judge